IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01874–EWN–OES

CONNIE VASSOS,

    Plaintiff,

and

GENERAL ASSURANCE COMPANY,

    Intervener Plaintiff,

v.

DOLCE INTERNATIONAL/ASPEN, INC.,
ASPEN INSTITUTE, and
ANGUS MACKAY BOTTRELL,

    Defendants.

---

**ORDER**

---

    The Motion to Amend (#62) and Amended Complaint (#63) are hereby STRICKEN as improperly filed.  See ELECTRONIC CASE FILING PROCEDURES (CIVIL CASES), V.F.2. ("If filing a document requires leave of the court [e.g., an amended complaint, surreply brief, etc.], the filer shall post the proposed document as an ECF attachment to the motion. [See Section V.H.3. of these procedures concerning filing of attachments."])

    Dated this  19  day of July, 2005.

BY THE COURT:


s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge