IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01874–EWN–OES

CONNIE VASSOS,

    Plaintiff,

and

GENERAL ASSURANCE COMPANY,

    Intervenor Plaintiff,

v.

DOLCE INTERNATIONAL/ASPEN, INC.,
ASPEN INSTITUTE, and
ANGUS MACKAY BOTTRELL,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Stipulated Motion for Dismissal" filed August 24, 2005. The court having read the stipulated motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that all claims asserted by Intervenor Plaintiff General Assurance Company against all Defendants are hereby DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this  30th  day of August, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge