IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE O. EDWARD SCHLATTER**

| | |
|---|---|
| Civil Action No. 04-cv-01874-EWN-OES | Date: November 30, 2005 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A601** |

| | |
|---|---|
| CONNIE VASSOS, | Christopher P. Koupal |
| | Russell R. Hatten |
| Plaintiff(s); | |
| vs. | |
| GENERAL ASSURANCE COMPANY; | James R. Everson |
| Intervenor Plaintiff(s); | |
| vs. | |
| DOLCE INTERNATIONAL/ASPEN, INC.; ASPEN INSTITUTE; and ANGUS MACKAY BOTTRELL; | (No appearance) |
| Defendant(s). | |

## COURTROOM MINUTES/MINUTE ORDER

**\*MOTION HEARING**

**Court in session:**        1:34 p.m.

Court calls case.  Appearances of counsel.

Opening statements by the Court.

1:35 p.m.    Argument by Mr. Hatten regarding Plaintiff's Motion for Order to Award Reimbursement of Attorney Fees and Costs Pursuant to the Common Fund Doctrine (Doc. #73, filed 9/2/05).

Plaintiff's Exhibits A and B, attached to the Reply to Response to Motion for Order to Award Reimbursement of Attorney Fees and Costs Pursuant to the Common Fund Doctrine (Doc. #77, filed 9/26/05) are offered and admitted.

1:44 p.m.        Argument in opposition to the Motion by Mr. Everson.

Intervenor Plaintiff's Exhibit A, attached to the Response to Motion for Order to Award Reimbursement of Attorney Fees and Costs Pursuant to the Common Fund Doctrine (Doc. #76, filed 9/19/05), is offered and admitted over objection.

1:54 p.m.        Intervenor Plaintiff's witness, *Stacey Spurlock,* is sworn by the Court and examined by Mr. Everson.

1:58 p.m.        Cross-examination by Mr. Hatten.

2:07 p.m.        Redirect examination by Mr. Everson.

2:08 p.m.         Witness is excused.

2:09 p.m.        Further argument in opposition to the Motion by Mr. Everson.

2:14 p.m.        Rebuttal argument by Mr. Hatten.

**ORDERED:**  For reasons stated on the record, Plaintiff's Motion for Order to Award Reimbursement of Attorney Fees and Costs Pursuant to the Common Fund Doctrine (Doc. #73, filed 9/2/05) is DENIED.

**Court in recess:**           **2:30 p.m.  (Hearing concluded)**
**Total time in court:**       0:56

\* To order a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.