IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01874-EWN-OES

CONNIE VASSOS,

Plaintiff,

v.

DOLCE INTERNATIONAL/ASPEN, INC.;
ASPEN INSTITUTE; and
ANGUS MACKAY BOTTRELL,

Defendants.

MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on January 6, 2006.**

Resolution of the Plaintiff's Motion For Order Awarding Reimbursement Of Attorneys' Fees and Costs Pursuant To The Common Fund Doctrine at proceedings held before me on November 30, 2005, render moot the relief requested by the plaintiff in a previously filed motion. Accordingly, Plaintiff's Motion To Order Withholding Of Funds To Be Paid To General Assurance Company In Arbitration Proceedings [Filed June 8, 2005; Docket #52] is **DENIED** as **MOOT**.