IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01874-EWN-MEH

CONNIE VASSOS,

    Plaintiff,

v.

DOLCE INTERNATIONAL/ASPEN, INC.,
ASPEN INSTITUTE, and
ANGUS BOTTRELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2006.**

    The Motion for Authorization to Submit *Ex Parte* Communication to Magistrate Judge [Filed February 24, 2006; Docket #92] is **granted.** On or before March 10, 2006, counsel for the Plaintiff or his designated representative shall deliver the confidential letter referenced in his motion to the Court's Chambers located in Room A-641 on the Sixth Floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Business hours of Chambers are from 8:00 a.m. to 5:00 p.m.