IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No.: 04-CV-01874-EWN-MEH

CONNIE VASSOS,

    Plaintiff,

v.

DOLCE INTERNATIONAL/ASPEN, INC., ASPEN INSTITUTE, and ANGUS BOTTRELL

    Defendants.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

This matter comes before this Court on the "Stipulation to Dismiss Case with Prejudice." The Court has reviewed the file and considered the Stipulation. The Court, being fully advised, finds and orders as follows:

**IT IS ORDERED** that the parties' stipulation to dismiss the case with prejudice is **GRANTED**, and with all parties to bear there own costs and attorney fees.

**IT IS FURTHER ORDERED** that the parties' compliance with the settlement agreement is a condition to dismissal, and that if there is a subsequent dispute between the parties relating to enforcement of the settlement that the court retains jurisdiction to resolve the dispute.

**DONE AND DATED** this 2nd day of June, 2006.

                                                      **BY THE COURT**
                                                      s/ Edward W. Nottingham
                                                      EDWARD W. NOTTINGHAM, District Court Judge